1

2

3

4

5

6

7

8                     UNITED STATES DISTRICT COURT

9                    CENTRAL DISTRICT OF CALIFORNIA

10   DONALD B. WILLIAMS,              )   CASE NO. CV 11-8461-AG (PJW)
                                      )
11               Petitioner,          )
                                      )
12        v.                          )   ORDER ACCEPTING FINAL REPORT AND
                                      )   RECOMMENDATION OF UNITED STATES
                                      )   MAGISTRATE JUDGE AND DENYING
13   E. VALENZUELA, WARDEN,           )   CERTIFICATE OF APPEALABILITY
                                      )
14               Respondent.          )
                                      )

15

16        Pursuant to 28 U.S.C. Section 636, the Court has reviewed the

17   Petition, records on file, and the Final Report and Recommendation of

18   the United States Magistrate Judge.  Further, the Court has engaged in

19   a de novo review of those portions of the Report to which Petitioner

20   has objected.  The Court accepts the findings and recommendation of

21   the Magistrate Judge.

22        Further, for the reasons stated in the Final Report and

23   Recommendation, the Court finds that Petitioner has not made a

24   substantial showing of the denial of a constitutional right and

25   therefore, a certificate of appealability is denied.  See 28 U.S.C.

26

27

28

1  § 2253(c)(2); Fed. R. App. P. 22(b); *Miller-El v. Cockrell*, 537 U.S.

2  322, 336 (2003).

3

4  DATED: December 28, 2012.

5

6  _____

7  ANDREW J. GUILFORD
   UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  C:\Temp\notesD30550\Williams Order accep r&r.wpd

2